1

2

3

4

5                                    IN THE UNITED STATES DISTRICT COURT

6                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    UNITED STATES OF AMERICA,                          No. CR 09-478 SI, CV 11-4874

9              Plaintiff,                               **ORDER DISMISSING DEFENDANT'S
                                                        28 U.S.C. § 2255 MOTION**
10      v.

11   MATTHEW ROBINSON,

12             Defendant.
                                                      /
13

14          On July 23, 2012, the Court issued an Order to Show Cause why petitioner's 28 U.S.C. § 2255

15   motion attacking his sentence should not be dismissed as untimely. On July 31, 2012, petitioner

16   submitted a letter to the Court informing the Court that he is withdrawing his § 2255 motion. The Court

17   therefore DISMISSES petitioner's § 2255 motion.

18

19          **IT IS SO ORDERED.**

20

21   Dated: August 21, 2012

                                                        SUSAN ILLSTON
22                                                      United States District Judge

23

24

25

26

27

28