**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 09-478 SI, CV 11-4874

          Plaintiff,                    **JUDGMENT**

   v.

MATTHEW ROBINSON,

          Defendant.

            The Court has dismissed petitioner's 28 U.S.C. § 2255 motion attacking his sentence.  Judgment is entered accordingly.

          **IT IS SO ORDERED.**

Dated:  August 21, 2012

                                 SUSAN ILLSTON
                                 United States District Judge